IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:10CR351 |
|---|---|---|
| Plaintiff, | ) ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| RYAN D. EINERSON, | ) | DESTROYED |
| | ) | |
| Defendant. | ) | |

Pursuant to NECrimR 55.1(g), plaintiff and defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibit Numbers 1-6 From Motion Hearing Held 12/15/2010 and 1/11/2011

Defendant's Exhibit Numbers 101 - 102 From Motion Hearing held 12/15/2010 and 1/11/2011

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 18th day of April, 2012.

s/ Joseph F. Bataillon
United States District Judge